UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re Demo King Corporation

Case No. 25-12743

Chapter 11

Debtor(s)

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted by a typed hard copy in scannable format is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

_Demo King Corporation_
Debtor

_____
Joint Debtor

Date: 1/2/26

*[Check if applicable]* _____ Creditor(s) with foreign addresses.

[cscredit ver. 7/2025]

Case 25-12743 List of Creditors

Oakview Capital LLC
9911 Mill Run Drive
Great Falls VA 22066

SN Servicing
13702 Coursey Boulevard, Bldg 1A,
Baton Rouge, LA 70817

Flagger Force LLC
2721 Prosperity Avenue, #200
Fairfax VA 22031