Fill in this information to identify your case:

Debtor 1 __Demo King Corporation__
         First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: __Eastern__ District of __Virginia__

Case number __25-12743__
(If known)

FILED
FRONT COUNTER
2026 JAN -2 PM 3: 30
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *Insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**

Creditor's Name: __Flagger Force LLC__
Number Street: __2721 Prosperity Ave__
__#200__
City: __Fairfax__  State: __VA__  ZIP Code: __22031__
Contact: __Jacqueline Kane__
Contact phone: __717 482 8800__
__888 300 5215__

What is the nature of the claim? __Construction Services__  $ __29,429.52__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:                      – $_____
    Unsecured claim                           $_____

**2**

Creditor's Name: _____
Number Street: _____
City: _____  State: __  ZIP Code: ____
Contact: _____
Contact phone: _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:                      – $_____
    Unsecured claim                           $_____

Official Form 104          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          page 1

Debtor 1 _____   Case number *(if known)* _____
       First Name   Middle Name   Last Name

Unsecured claim

**3**

Creditor's Name _____

Number  Street _____

_____

City  State  ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
        Value of security:                  − $ _____
        Unsecured claim                      $ _____

**4**

Creditor's Name _____

Number  Street _____

_____

City  State  ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
        Value of security:                  − $ _____
        Unsecured claim                      $ _____

**5**

Creditor's Name _____

Number  Street _____

_____

City  State  ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
        Value of security:                  − $ _____
        Unsecured claim                      $ _____

**6**

Creditor's Name _____

Number  Street _____

_____

City  State  ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
        Value of security:                  − $ _____
        Unsecured claim                      $ _____

**7**

Creditor's Name _____

Number  Street _____

_____

City  State  ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
        Value of security:                  − $ _____
        Unsecured claim                      $ _____

Debtor 1 _____   Case number (if known) _____
      First Name   Middle Name   Last Name

**Unsecured claim**

**8**
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code

Contact _____
Contact phone _____

What is the nature of the claim? _____   $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $ _____
    Value of security:   – $ _____
    Unsecured claim   $ _____

**9**
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code

Contact _____
Contact phone _____

What is the nature of the claim? _____   $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $ _____
    Value of security:   – $ _____
    Unsecured claim   $ _____

**10**
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code

Contact _____
Contact phone _____

What is the nature of the claim? _____   $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $ _____
    Value of security:   – $ _____
    Unsecured claim   $ _____

**11**
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code

Contact _____
Contact phone _____

What is the nature of the claim? _____   $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $ _____
    Value of security:   – $ _____
    Unsecured claim   $ _____

**12**
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code

Contact _____
Contact phone _____

What is the nature of the claim? _____   $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $ _____
    Value of security:   – $ _____
    Unsecured claim   $ _____

Debtor 1 _____  Case number (if known) _____
          First Name    Middle Name    Last Name

Unsecured claim

**13**
Creditor's Name _____
Number  Street _____
_____
City       State    ZIP Code

Contact _____
Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
    Value of security:                    – $ _____
    Unsecured claim                         $ _____

**14**
Creditor's Name _____
Number  Street _____
_____
City       State    ZIP Code

Contact _____
Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
    Value of security:                    – $ _____
    Unsecured claim                         $ _____

**15**
Creditor's Name _____
Number  Street _____
_____
City       State    ZIP Code

Contact _____
Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
    Value of security:                    – $ _____
    Unsecured claim                         $ _____

**16**
Creditor's Name _____
Number  Street _____
_____
City       State    ZIP Code

Contact _____
Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
    Value of security:                    – $ _____
    Unsecured claim                         $ _____

**17**
Creditor's Name _____
Number  Street _____
_____
City       State    ZIP Code

Contact _____
Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
    Value of security:                    – $ _____
    Unsecured claim                         $ _____

Debtor 1 _____  Case number *(if known)* _____
    First Name   Middle Name   Last Name

                                                                           **Unsecured claim**

**18**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  – $_____
    Unsecured claim  $_____

**19**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  – $_____
    Unsecured claim  $_____

**20**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  – $_____
    Unsecured claim  $_____

## Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X *[signature]*                    X _____

Signature of Debtor 1              Signature of Debtor 2

Date 1 / 2 / 2026                  Date _____
    MM / DD / YYYY                       MM / DD / YYYY

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 5